IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| TONY CURTIS MIMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | Civil Action No. 5:12-CV-101-C |

## ORDER OF DISMISSAL

The Court having considered the Report and Recommendation filed by the United States Magistrate Judge on January 7, 2013 (to which no timely objections were filed), together with Plaintiff's Motion to Dismiss, filed January 3, 2013, is of the opinion that the recommendation for dismissal without prejudice should be **ADOPTED**.

IT IS, THEREFORE, ORDERED that the above-styled and -numbered cause is **DISMISSED** without prejudice.

Dated January 24, 2013.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE